IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* [UNDER SEAL],<br><br>Plaintiff,<br><br>v.<br><br>[UNDER SEAL],<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 24-1525<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

# UNDER SEAL

# DO NOT PUT ON PACER

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AIDAN FORSYTH, | ) | Civil Action No. 24-1525 |
| Plaintiff-Relator, | ) | |
| v. | ) | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |
| VOSS AUTOMOTIVE INC., | ) | |
| Defendant. | ) | |

**NOTICE OF NO DECISION**
**BY THE UNITED STATES CONCERNING INTERVENTION**

In accordance with the Court's July 13, 2026 Order, the seal in this case expires on November 9, 2026. The investigation of the United States is incomplete and, as such, the United States has not determined whether intervention in this case is warranted. Accordingly, the United States, pursuant to 31 U.S.C. § 3730(b)(4)(B), hereby notifies the Court that it is not intervening at this time but will continue its investigation.

The United States has informed Counsel for the Relator of its decision. Counsel requested one (1) month to confer with his client about intervening and/or sufficient time to file additional pleadings, included but not limited to, an Amended Complaint.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the Relator or the Defendant propose that

this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that Orders issued by the Court be sent to Counsel for the United States. The United States reserves its right to order any deposition transcripts, to attend conferences with the Court, to intervene in this action, for good cause, at a later date, and/or to seek the dismissal of the Relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the United States asks that the Relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of its investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this Notice.

Respectfully submitted,

TROY RIVETTI
United States Attorney

*/s/ Paul E. Skirtich*
PAUL E. SKIRTICH
Assistant United States Attorney
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel.: (412) 894-7418
Fax: (412) 644-6995
PA ID No. 30440
paul.skirtich@usdoj.gov

Dated: November 9, 2026